**Form 726**[Deficiency Notice]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:
    Joshua Ben Birchell
          Debtor(s).

Case No. 21−25187 RKM
Chapter 7

## DEFICIENCY NOTICE

    The Chapter 7 Petition filed with the Court on 12/7/21 was incomplete and/or not accompanied by all lists, schedules, statements or other documents required by the United States Bankruptcy Code. Federal Rules of Bankruptcy Procedure 1007 and 2016 and Local Rule Bankruptcy Rule 1007−1 set forth specific papers that are required to be filed with the Court.

    DEFICIENCY NOTICE. MISSING PAPERS REQUIRED TO BE FILED: Declaration/Schedules Signatures, Chapter 7 Statement of Your Current Monthly Income, Statement of Financial Affairs and Schedules, Summary of Assets and Liabilities, Incomplete Filings due by 12/21/2021. 11 USC 521(i) Deadline: 1/21/2022. (gci)

    **By the due date(s) specified above,** you must file the papers listed above with the Clerk of Court, United States Bankruptcy Court, 350 South Main Street, Room 301, Salt Lake City, Utah 84101. The List of Creditors, if not filed with the Voluntary Petition, must be filed not later than two (2) days thereafter per Local Rule 1007−1(b). You may file a motion to extend the time for filing missing and/or deficient papers and a proposed order. Failure to timely comply may cause your case to be dismissed as described below. Additionally, if you have filed an application to waive the case filing fee, failure to timely comply may result in a denial of your waiver request.

    Official Bankruptcy Forms are available at www.uscourts.gov/forms/bankruptcy−forms. The 100 series of forms are for individuals and the 200 series of forms are for non−individuals. If "Outdated/wrong series of forms" is listed as a deficiency, all documents must be filed/refiled using Official Form Series (100 or 200) dated 12/15.

    If you fail to file all of the missing and/or deficient papers specified above by the date(s) indicated, the United States Trustee or a party in interest may file a motion and schedule a hearing to seek dismissal of your case.

---

### IMPORTANT − YOUR RIGHTS MAY BE AFFECTED:

If you fail to file all of the missing and/or deficient papers specified above within **45 days** after the filing of your bankruptcy petition, your case may be **automatically dismissed** without further notice or hearing. 11 U.S.C. § 521(i)

---

Dated: December 8, 2021

                                        David A. Sime
                                        Clerk of Court